UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

CYNTHIA PINKSTON,

Plaintiff,

v.

DALLAS INDEPENDENT SCHOOL DISTRICT,

Defendant.

Civil Action No. 3:25-cv-03281-X-BT

# NOTICE OF FILING PROOF OF SERVICE

Plaintiff, Cynthia Pinkston, hereby files this Notice of Filing and attaches her Proof of Service, including Exhibit A, which contains:

1. A true and correct copy of the Citation issued October 31, 2025, in Cause No. DC-25-12050; and

2. A true and correct copy of the Dallas County electronic return-of-service record confirming service on Dallas Independent School District on November 7, 2025 by Constable Precinct 3, with return filed on November 12, 2025.

This Notice is submitted pursuant to Fed. R. Civ. P. 4(l) following removal of this case to federal court.

Respectfully submitted,

/s/ Cynthia Pinkston

Cynthia Pinkston

909 Blue Jay Way

Forney, TX 75126

Email: wwwfcep@yahoo.com

Phone: 469-474-0201

Pro Se Plaintiff

Date: December 4, 2025

Attachment: Proof of Service with Exhibit A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

CYNTHIA PINKSTON,

Plaintiff,

v.

DALLAS INDEPENDENT SCHOOL DISTRICT,

Defendant.

Civil Action No. 3:25-cv-03281-X-BT

PLAINTIFF’S PROOF OF SERVICE

Plaintiff, Cynthia Pinkston, submits this Proof of Service under Fed. R. Civ. P. 4(l) and states:

1. A Texas state-court citation was issued on October 31, 2025, in Cause No. DC-25-12050.

2. The Dallas County Constable, Precinct 3, served Dallas Independent School District – Legal Department on November 7, 2025.

3. The Dallas County record reflects the executed return filed November 12, 2025.

4. Attached as Exhibit A are true and correct copies of the citation and Dallas County proof-of-service record.

Respectfully submitted,

/s/ Cynthia Pinkston

Cynthia Pinkston

909 Blue Jay Way

Forney, TX 75126

Email: wwwfcep@yahoo.com

Phone: 469-474-0201

Date: December 4, 2025

Exhibit A – Citation and Dallas County Service Record (following pages)

**FORM NO. 353-3 - CITATION**
**THE STATE OF TEXAS**

**To:** **DALLAS INDEPENDENT SCHOOL DISTRICT**
**C/O LEGAL DEPARTMENT**
**9400 N. CENTRAL EXPRESSWAY**
**DALLAS TX 75231**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **162nd District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **CYNTHIA PINKSTON**

Filed in said Court **28th day of July, 2025** against

**DALLAS INDEPENDENT SCHOOL DISTRICT**

For Suit, said suit being numbered **DC-25-12050,** the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 31st day of October, 2025.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By______________________________, Deputy
DANIEL MACIAS

DISTRICT CLERK OF DALLAS COUNTY, TEXAS

**ATTY**

**CITATION**

**DC-25-12050**

**CYNTHIA PINKSTON**
**vs.**
**DALLAS INDEPENDENT SCHOOL DISTRICT**

ISSUED THIS
**31st day of October, 2025**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: DANIEL MACIAS, Deputy

**Attorney for Plaintiff (PRO-SE)**
**CYNTHIA PINKSTON**
909 BLUE JAY WAY
FORNEY TX 75126
**469-474-0202**
**wwwfcep@yahoo.com**

**DALLAS COUNTY CONSTABLE**
**FEES PAID** **FEES NOT PAID**

# OFFICER'S RETURN

Case No. : DC-25-12050

Court No.162nd District Court

Style: CYNTHIA PINKSTON

vs.

DALLAS INDEPENDENT SCHOOL DISTRICT

Came to hand on the ____________ day of ______________, 20______, at ________ o'clock ________.M. Executed at ______________________,
within the County of ____________________ at ________ o'clock _____ .M. on the ____________ day of ______________________________,
20___________, by delivering to the within named ____________________________________________

______________________________________________________________________________

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _______ miles and my fees are as follows: To certify which witness my hand.

| | | | |
|---|---|---|---|
| For serving Citation | $________ | | ______________________________ |
| For mileage | $________ | of | ____________ County, ____________ |
| For Notary | $________ | By | ________________________ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said ____________________ before me this _____ day of _______________, 20 _____,
to certify which witness my hand and seal of office.

______________________________

Notary Public ____________________ County ________



5:33 42m

DALLAS COUNTY, TEXAS COU

Register / Sign In

View Document REQUEST FOR SERVICE

10/31/2025 CITATION

Served
11/07/2025

Anticipated Server
ATTORNEY

Anticipated Method
Actual Server
CONSTABLE 3

Returned
11/12/2025
Comment
DALLAS INDEPENDENT SCHOOL DISTRICT

11/03/2025 DISMISSAL FOR WANT

courtsportal.dallascounty.org

5:33 43m

1cct prec #3

FILED
2025 OCT 31 PM 12:21
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Stephanie Clark DEPUTY

**FELICIA PITRE**
**DALLAS COUNTY DISTRICT CLERK**

NINA MOUNTIQUE
CHIEF DEPUTY

REQUEST FOR SERVICE

CAUSE NUMBER: DC 25-12050 COURT NUMBER: 162nd DATE: 10-31-25

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Serve With Date Of Filing)

Issue Service to: Dallas ISD - Legal Dept.

Address of Service: 9400 N. Central Expressway

City, State & Zip: Dallas, TX 75231

Agent (if applicable) ______

TYPE OF SERVICE/PROCESS TO BE ISSUED: (Check The Proper Box)

✓ Citation ____ Notice ____ Temporary Restraining Order ____ Protective Order

____ Secretary of State Citation ____ Capias ____ Writ (Specify Type) ______

____ Other (Please Describe) ______ SERVICE BY (check one):

____ ATTORNEY PICK-UP ____ MAIL TO ATTORNEY (Pay Postage) ✓ CONSTABLE ____ CERTIFIED MAIL

____ CIVIL PROCESS SERVER - Authorized Person to Pick-up: ______

____ E-serve by District Clerk – (Only To Attorney of Record) (No Service Copy Fees Charged)

____ OTHER ______

REQUESTED BY: Cynthia Pinkston PHONE NUMBER: 469 474 0201

MAILING ADDRESS: 909 Blue Jay Way Forney, TX 75126 EMAIL ADDRESS: wwwfcep@yahoo.com

600 COMMERCE STREET DALLAS, TEXAS 75202 (214) - 653 - 7301
FAX (214) - 653 - 6634 e-mail: Felicia.Pitre@dallascounty.org
web site: www.dallascounty.org/distclerk/index.html

courtsportal.dallascounty.org