IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| CYNTHIA PINKSTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:25-cv-03281-X-BT |
| | § | |
| DALLAS INDEPENDENT SCHOOL | § | |
| DISTRICT, | § | |
| Defendant. | § | |

**APPENDIX IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR APPOINTMENT OF COUNSEL OR ASSISTANCE OBTAINING VOLUNTEER REPRESENTATION AND REQUEST FOR EXPEDITED CONSIDERATION**

**DECLARATION OF CYNTHIA E. PINKSTON**

I, Cynthia E. Pinkston, declare as follows:

1. I am the Plaintiff in this action and am representing myself. The following statements are based on my personal knowledge.
2. I currently have no personal income. I no longer receive unemployment benefits. I do not have a savings account, retirement account, bonds, nor stocks.
3. I rely on my husband's earnings for household support. He earns approximately $50,000 annually before deductions. Approximately $500 is deducted from each of his twice-monthly paychecks for our health insurance.

4. Our monthly mortgage obligation is approximately $4,000. Our mortgage is past due, and our electricity, water, and gas bills are also past due.

5. My husband and I each own a vehicle.

6. I incur approximately $350 per month in reoccurring out of pocket medical expenses, including medical appointments, prescription medications, and associated parking costs. This amount reflects only my recurring expenses and excludes dental expenses for both my husband and I, as well as any additional medical expenses incurred by either of us. These necessary household expenses further limit my financial ability to retain private legal counsel.

7. I anticipate receiving student loan proceeds, but disbursement has been delayed. As of the date of this declaration, I have not received those funds, and they are not currently available to me. Those proceeds are borrowed funds subject to repayment.

8. I have contacted multiple attorneys, law firms, and legal referral contacts seeking representation concerning my employment dispute but have not secured counsel for this action. These contacts include Frank Hill, Musgrove Law Firm, Bush & Bush Employment Law Group, Mia Milton, Majorie Murphy, Stephen Ruotsi, Amber Moorma, Marcela Mejia, and other attorneys and referral contacts.

9. Given my lack of personal income and savings, our necessary household obligations, and our overdue housing and utility bills, I am unable to afford private counsel.

10. I seek counsel’s assistance with discovery planning, employment and compensation records, depositions, evidentiary matters, and presentation of my remaining claims.

11. I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 12, 2026.

/s/ Cynthia E. Pinkston

Cynthia E. Pinkston

**CERTIFICATE OF SERVICE**

I certify that on November 12, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which transmitted notice of the filing to Kathryn Long and Lindsay Drennan, counsel for Defendant Dallas Independent School District.

/s/ Cynthia E. Pinkston

Cynthia E. Pinkston